IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00974-WJM-CBS

DIANE M. GESSING,
    Plaintiff,
v.

PROGRESSIVE FINANCIAL SERVICES,
    Defendant.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff's "Unopposed Motion to Amend Complaint" (filed February 16, 2011) (doc. # 37).  Pursuant to the Order of Reference dated May 17, 2010 (doc. # 9) and the memorandum dated February 16, 2011 (doc. # 39), this matter was referred to the Magistrate Judge.  The court having reviewed the matter, the entire case file, and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that "Plaintiff's Unopposed Motion to Amend Complaint" (filed February 16, 2011) (doc. # 37) is GRANTED and the tendered First Amended Complaint (doc. # 37-1) is accepted for filing as of the date of this Order.

    DATED at Denver, Colorado, this 16th day of February, 2011.

                                    BY THE COURT:

                                    s/Craig B. Shaffer
                                  United States Magistrate Judge